# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - No Court Action Recommended

Person Under Supervision: Joshua Anthony Polley          Case No.: 2:23-CR-087-Z(01)

Name of Sentencing Judge: U.S. District Judge Matthew J. Kacsmaryk

Date of Original Sentence: May 30, 2024

Original Offense: Convicted Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8), a Class C Felony

Original Sentence: Thirty-seven (37) months custody as to Count One, three (3) year term of supervised release as to Count One

Revocations: None

Type of Supervision: Supervised Release          Date Supervision Commenced: June 12, 2026

Assistant U.S. Attorney: Joshua Jerome Frausto          Defense Attorney: Felipe Zavala
(Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the person under supervision has violated the following condition(s) which require(s) official notification, although no Court action is being recommended at this time.

Pursuant to USSG §7C1.3(a), upon receiving a report of non-compliance of a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate.

### I.

**Violation of Other Condition No. 2**

The defendant shall not unlawfully possess a controlled substance (*see* 18 U.S.C. § 3583(d)).

**Violation of Other Condition No. 4**

The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court for any individual defendant if the defendant's presentence report or other reliable information indicates a low risk of future substance abuse by the defendant (*see* 18 U.S.C. § 3583(d)).

Joshua Anthony Polley
Report on Person Under Supervision - No Court Action Recommended

## Violation of Other Condition No. 10

The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $30 per month.

## Nature of Noncompliance

On July 14, 2026, Joshua Anthony Polley submitted a urine specimen to Dailey Recovery Services (DRS), the substance abuse treatment and testing provider in Amarillo, Texas, which tested positive for methamphetamine. On July 15, 2026, Mr. Polley admitted verbally to DRS personnel to using methamphetamine, which was related to U.S. Probation Officer Ty Stewart (USPO Stewart). On July 22, 2026, Mr. Polley admitted verbally and in writing to USPO Stewart to using methamphetamine on July 12, 2026. He reported he had been aggrieved at his uncle facing the end of his life due to illness, and had run into a negative peer, with whom he relapsed. He expressed regret at his decision making, cited multiple positive aspects of his life which he did not desire to risk, such as a good job, his own residence, and his own vehicle, and he denied any subsequent use, while expressing his commitment to regaining his sobriety.

In response to this noncompliance, Mr. Polley will be referred to increased treatment services at DRS, at his own request as well as the recommendation of DRS, as well as mental health treatment with Troy Timmons (Timmons), the mental health treatment provider in Amarillo, Texas[1]. It is respectfully recommended no Court action be taken at this time to allow Mr. Polley the opportunity to avail himself of increased treatment resources. Should further substance abuse or violations occur, the Court will be notified.

---

[1] He was previously assessed by Timmons, and it was determined no further services were necessary prior to Mr. Polley's current troubles.

Joshua Anthony Polley
Report on Person Under Supervision - No Court Action Recommended

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on July 31, 2026
Respectfully submitted,

Approved,



FOR

_____

Tyson J. Stewart
U.S. Probation Officer
Amarillo Division
Phone:  806-337-1753



_____

Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone:  806-337-1752

Joshua Anthony Polley
Report on Person Under Supervision - No Court Action Recommended

## Order of the Court:

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Judge

_Aug. 5, 2026_
Date